United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

Argued February 4, 2025                                             Decided July 22, 2025

No. 24-5119

SETH HETTENA,
APPELLANT

v.

CENTRAL INTELLIGENCE AGENCY,
APPELLEE

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-00877)

———

# **PENDING CLASSIFICATION REVIEW**